

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-18-00896-CV

**IN THE INTEREST OF D.V.H.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02676
Honorable Linda A. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of costs. No costs of court are taxed in this appeal.

SIGNED March 13, 2019.

_____
Patricia O. Alvarez, Justice